IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                          NO. 4:14CR00010-17 JLH

Dekeitric Laron Williams                                              DEFENDANT

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
AUG 26 2014
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

**WAIVER OF APPEARANCE FOR ARRAIGNMENT**
**AND ENTRY OF PLEA OF NOT GUILTY**
(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

8-21-2014                                    /s/ Dekeitric Williams
Date                                         Defendant's Signature

8/18/2014                                    /s/ [Counsel signature]
Date                                         Counsel for Defendant's Signature

**ORDER OF COURT**

☑ The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐ The defendant's request to waive appearance at the arraignment is hereby DENIED.

8-26-14                                      /s/ [Judge]
Date                                         Judicial Officer

cc:   All Counsel of Record
      U.S. Probation Office
      U.S. Marshals Service
      Presiding Magistrate Judge